## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAFAYETTE DIVISION

**UNITED STATES OF AMERICA**          **CASE NO.  6:23-MJ-00075-01**

**VERSUS**          **MAGISTRATE JUDGE DAVID J. AYO**

**LUKE EMMETT JOSEPH (01)**

### MINUTES OF COURT:
### Initial Appearance

| Date: | 6/21/2023 | Presiding: | Magistrate Judge David J. Ayo |
|---|---|---|---|
| Court Opened: | 11:00 AM | Courtroom Deputy: | Christina Chicola |
| Court Adjourned: | 11:12 AM | Court Reporter: | Zoom Recording |
| Statistical Time: | 00:12 | Courtroom: | Zoom Recording |
|  |  | Probation Officer: | Benjamin Rushing |

### APPEARANCES

| Craig R Bordelon   (AUSA) | For | United States of America |
|---|---|---|
| John Piccione (AFPD) | For | Luke Emmett Joseph (01), Defendant |
| Luke Emmett Joseph (01), Defendant | | |

### PROCEEDINGS

**ORDER:**
These proceedings were conducted via Zoom Video Conference with the consent of all parties and Pursuant to Federal Rules of Criminal Procedure 5(g) and 10(c).

Defendant knowingly and voluntarily waived right to be present for the Initial Appearance. The Court finds that the use of video conference to conduct this proceeding is warranted because this proceeding cannot be further delayed without serious harm to the interests of justice.

**BEFORE COURT OPENED:**
Defendant Interviewed by Pretrial Services Officer
Defendant Completed Financial Affidavit for Appointment of Counsel
Defendant Provided with Charging Document(s)
Pretrial Services Report Provided to Defendant

**INITIAL APPEARANCE ON: Complaint**
Defendant Sworn
Defendant Advised of Charges, Maximum Penalties & Rights
Preliminary Hearing: Set for: 6/26/2023 at 11:00 a.m.
Detention Hearing Requested By: Defendant

    Continuance Requested By: Defendant
Detention Hearing: Set for: 6/26/2023 at 11:00 a.m.

**ORDER:**
Pursuant to FRCrP 5(F), the government was ordered to produce all exculpatory evidence to the defendant pursuant to Brady v. Maryland and advised of possible consequences for failure to comply.

**NEXT:**
The Government moved for detention.

Defendant is ordered detained pending a detention and preliminary hearing. Detention and Preliminary Hearing is set for 6/26/2023 at 11:00 a.m., in Courtroom 7, Lafayette, LA before Magistrate Judge Ayo

**FILINGS:**
Request for Appointment of Counsel
Financial Affidavit
Order Appointing Counsel
Due Process Protections Act Order
Order Scheduling a Detention Hearing (AO470)