U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

JUL 1 9 2023

TONY R. MOORE, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 2:23-CR-00168-01 |
| | * | 18 U.S.C. § 2314 |
| VERSUS | * | |
| | * | Judge Cain |
| LUKE EMMETT JOSEPH | * | Magistrate Judge Kay |

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT 1

**TRANSPORTATION OF STOLEN GOODS**
**[18 U.S.C. § 2314]**

On or about May 19, 2023, within the Western District of Louisiana, the defendant, LUKE EMMETT JOSEPH, did unlawfully transport, transmit, and transfer in interstate commerce from Conroe, State of Texas, to Sulphur, Louisiana, goods, wares and merchandise, that is, one Titan Max 60-inch Iron Forged Deck and one Toro Time Cutter ZTR, of the value of $5,000 or more, knowing the same to have been stolen, converted, and taken by fraud, in violation of Title 18 United States Code, Section 2314.  [18 U.S.C. § 2314].

A TRUE BILL:

**REDACTED**

GRAND JURY FOREPERSON

BRANDON B. BROWN
United States Attorney

_____
CRAIG R. BORDELON, II, LA Bar No. 34450
Assistant United States Attorney
800 Lafayette Street, Suite 2200
Lafayette, LA 70501
Telephone: (337) 262-6618