**SUPPLEMENTAL MINUTE BOOK**
**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

Court convened **at 2:54 p.m.** on **Wednesday, July 19, 2023**, and adjourned at **2:58 p.m.**

PRESENT:   David J. Ayo, Magistrate Judge, Presiding
　　　　　　　Christina Chicola, Minute Clerk
　　　　　　　Recorded: Liberty Court Recorder 7
　　　　　　　Time in Court: 04 minutes

**GRAND JURY REPORT**

  X   Partial Report
  X   Sealed Indictments ordered sealed and withheld from the public until such time as the defendants come into federal custody.

OPEN INDICTMENTS

| CASE NUMBER | WARRANT | SUMMONS |
|---|---|---|
| 6:23-CR-00090-01** * | X | |
| 6:23-CR-00090-02** * | X | |
| 6:23-CR-00090-03** | | X |
| 6:23-CR-00164-01* | X | |
| 2:23-CR-00166-01* | X | |
| 2:23-CR-00167-01* | X | |
| 2:23-CR-00168-01 | | X |
| 5:23-CR-00169-01* | X | |
| 5:23-CR-00169-02* | X | |

SEALED INDICTMENTS

| CASE NUMBER | WARRANT | SUMMONS |
|---|---|---|
| 6:23-CR-00163-01 | X | |
| 6:23-CR-00165-01 | X | |

  X   Warrants/summons ordered issued as indicated.
   *   In Federal Custody
  **   Superseding Indictment
 ***   State Custody